# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ALVAREZ,<br><br>      Plaintiff,<br><br>   v.<br><br>VIVINT SOLAR, INC., DAVID BYWATER, DAVID F. D'ALESSANDRO, BRUCE MCEVOY, JAY D. PAULEY, TODD R. PEDERSEN, ELLEN S. SMITH, JOSEPH S. TIBBETTS, JR., and PETER F. WALLACE,<br><br>      Defendants. | Case No.: 20-cv-04000 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 12, 2020

                                                    **MOORE KUEHN, PLLC**

                                                    */s/Justin Kuehn*
                                                    Justin A. Kuehn
                                                    Fletcher W. Moore
                                                    30 Wall Street, 8th floor
                                                    New York, New York 10005
                                                    Tel: (212) 709-8245
                                                    jkuehn@moorekuehn.com
                                                    fmoore@moorekuehn.com

                                                    *Attorneys for Plaintiff*